STEPHANIE M. HINDS (CABN 154284)
Acting United States Attorney

HALLIE HOFFMAN (CABN 210020)
Chief, Criminal Division

CYNTHIA STIER (DCBN 423256)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7000
    FAX: (415) 436-7234
    Cynthia.stier@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>JOSEPH NUBLA AND HENRY KU,<br><br>    Defendant. | NO. 21-CR-0139-RS<br><br>STIPULATION TO EXCLUDE TIME FROM MAY 11, 2021 TO JULY 27, 2021 AND ORDER |

It is hereby stipulated by and between counsel for the United States and counsel for the defendants Joseph Nubla and Henry Ku, that time be excluded under the Speedy Trial Act from May 11, 2021, to July 27, 2021.

At the status conference held on May 11, 2021, the government and counsel for the defendants agreed that time be excluded under the Speedy Trial Act so that defense counsel could continue to prepare, including by reviewing the discovery already produced, and for the government to produce additional discovery for review by defense counsel. For this reason and as further stated on the record at the status conference, the parties stipulate and agree that excluding time until July 27, 2021 will allow

STIPULATION TO EXCLUDE
TIME AND [PROPOSED] ORDER
Case No. 21-CR-0139-RS

v. 7/10/2018

for the effective preparation of counsel. *See* 18 U.S.C. § 3161(h)(7)(B)(iv). The parties further stipulate and agree that the ends of justice served by excluding the time from May 11, 2021 through July 27, 2021 from computation under the Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A), (B)(iv).

The undersigned Assistant United States Attorney certifies that she has obtained approval from counsel for the defendants to file this stipulation and proposed order.

IT IS SO STIPULATED.

DATED: 5/13/21

/s/
CYNTHIA STIER
Assistant United States Attorney

DATED: 5/13/21

/s/
RANDY SUE POLLOCK
Counsel for Defendant Henry Ku

DATED: 5/13/21

/s/
JAY ROBERT WEILL
Counsel for Defendant Joseph Nubla

DATED: 5/13/21

/s/
JOSHUA HILL, JR.
Counsel for Defendant Joseph Nubla

DATED: 5/13/21

/s/
CHRISTINE Y. WONG
Counsel for Defendant Joseph Nubla

**ORDER**

Based upon the facts set forth in the stipulation of the parties and the representations made to the Court on May 11, 2021 and for good cause shown, the Court finds that failing to exclude the time from May 11, 2021 through July 27, 2021 would unreasonably deny defense counsel and the defendants the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv). The Court further finds that the ends of justice served by excluding the time from May 11, 2021 to July 27, 2021 from computation under the Speedy Trial Act outweigh the best interests of the public and the defendants in a speedy trial. Therefore, and with the consent of the parties, IT IS HEREBY ORDERED that the time from May 11, 2021 through July 27, 2021 shall be

STIPULATION TO EXCLUDE
TIME AND [PROPOSED] ORDER
Case No. 21-CR-0139-RS

v. 7/10/2018

excluded from computation under the Speedy Trial Act. 18 U.S.C. § 3161(h)(7)(A), (B)(iv).

IT IS SO ORDERED.

DATED: May 14, 2021

RICHARD SEEBORG
Chief United States District Judge

STIPULATION TO EXCLUDE
TIME AND [PROPOSED] ORDER
Case No. 21-CR-0139-RS

v. 7/10/2018