STEPHANIE M. HINDS (CABN 154284)
Acting United States Attorney

HALLIE HOFFMAN (CABN 210020)
Chief, Criminal Division

CYNTHIA STIER (DCBN 423256)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7000
    FAX: (415) 436-7234
    Cynthia.stier@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. 21-CR-0139-RS |
| Plaintiff, | |
| v. | STIPULATION TO RESCHEDULE STATUS CONFERENCE FROM JULY 27, 2021 TO SEPTEMBER 7, 2021 AND TO EXCLUDE TIME AND ORDER AS MODIFIED BY THE COURT |
| JOSEPH NUBLA AND HENRY KU, | |
| Defendants. | |

It is hereby stipulated by and between counsel for the United States and counsel for the

Defendants, Joseph Nubla and Henry Ku, that the status conference currently scheduled for July 27,

2021, be continued to September 7, 2021, and that time be excluded under the Speedy Trial Act from

July 27, 2021, to September 7, 2021.

At the status conference held on May 11, 2021, the government and counsel for the defendants

agreed that time be excluded under the Speedy Trial Act so that defense counsel could continue to

prepare, including by reviewing the discovery already produced, and for the government to produce

STIPULATION TO RESCHEDULE
STATUS CONFERENCE AND TO
EXCLUDE TIME AND [PROPOSED] ORDER
Case No. 21-CR-0139-RS

1  additional discovery for review by defense counsel. The United States is requesting additional time to

2  provide the additional discovery which requires review by a taint attorney. Counsel for Defendants are

3  in agreement with this request for a continuance and the parties therefore request that this Court

4  continue the status conference currently scheduled for July 24, 2021, to September 7, 2021 at 9:30 am

5  in Courtroom #3, 17th Floor.

6       For the reasons stated above, the parties stipulate and agree that excluding time from July 27,

7  2021 to September 7, 2021, will allow for the effective preparation of counsel. *See* 18 U.S.C.

8  § 3161(h)(7)(B)(iv). The parties further stipulate and agree that the ends of justice served by excluding

9  the time from July 27, 2021 to September 7, 2021, from computation under the Speedy Trial Act

10  outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A),

11  (B)(iv).

12       The undersigned Assistant United States Attorney certifies that she has obtained approval from

13  counsel for the defendants to file this stipulation and proposed order.

14       IT IS SO STIPULATED.

15  DATED: 6/ 24/21             /s/

16                         CYNTHIA STIER
                       Assistant United States Attorney

17  DATED: 6/24/21             /s/

18                         RANDY SUE POLLOCK
                       Counsel for Defendant Henry Ku

19  DATED: 6/24/21             /s/

20                         JAY ROBERT WEILL
                       Counsel for Defendant Joseph Nubla

21  DATED: 6/24/21             /s/

22                         JOSHUA HILL, JR.
                       Counsel for Defendant Joseph Nubla

23  DATED: 6/24/21              /s/

24                         CHRISTINE Y. WONG
                       Counsel for Defendant Joseph Nubla

25

26

27

28  STIPULATION TO RESCHEDULE
STATUS CONFERENCE AND TO
EXCLUDE TIME AND [PROPOSED] ORDER
Case No. 21-CR-0139-RS

# ORDER

Based upon the facts set forth in the stipulation of the parties it is HEREBY ORDERED that the status conference scheduled for July 27, 2021, at 2:30 p.m. is rescheduled to September 7, 2021, at 9:30 a.m. in Courtroom #3, 17th Floor.

IT IS FURTHER ORDERED, for good cause shown, and this Court finds, that failing to exclude the time from July 27, 2021, to September 7, 2021 would unreasonably deny defense counsel and the defendants the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv). The Court further finds that the ends of justice served by excluding the time from July 27, 2021, to September 7, 2021 from computation under the Speedy Trial Act outweigh the best interests of the public and the defendants in a speedy trial. Therefore, and with the consent of the parties, IT IS HEREBY ORDERED that the time from July 27, 2021 to September 7, 2021 shall be excluded from computation under the Speedy Trial Act. 18 U.S.C. § 3161(h)(7)(A), (B)(iv).

IT IS SO ORDERED.

DATED: __June 24, 2021__

RICHARD SEEBORG
Chief United States District Judge

STIPULATION TO RESCHEDULE
STATUS CONFERENCE AND TO
EXCLUDE TIME AND [PROPOSED] ORDER
Case No. 21-CR-0139-RS

v. 7/10/2018