RANDY SUE POLLOCK
Attorney at Law (CSBN 64493)
286 Santa Clara Avenue
Oakland, CA 94610
Telephone: (510) 763-9967
Facsimile: (510) 380-6551
rsp@rspollocklaw.com

Attorney for Defendant
HENRY KU

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JOSEPH NUBLA AND HENRY KU<br><br>Defendants.<br>_____/ | CR. 21-CR-0139-RS<br><br>**STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE AND TO CONTINUE TO EXCLUDE TIME** |

Defendants Joseph Nubla and Henry Ku, by and through their respective counsel, and Assistant United States Attorney Cynthia Stier request that the status conference presently set for September 7, 2021 be continued to September 14, 2021, and that the time from September 7, 2021 to September 14, 2021 be excluded under the Speedy Trial Act pursuant to 18 U.S.C.§3161(h)(7)(B)(iv) and 18 U.S.C. §3161(h)(7)(A),(B)(iv). This request is because undersigned counsel for Mr. Ku observes Rosh Hashana which falls on September 7.

Date: June 28, 2021                               /s/
                                                          RANDY SUE POLLOCK
                                                          Counsel for Defendant Henry Ku

Date: June 28, 2021                                  /s/
                                                     JAY ROBERT WEILL
                                                     Counsel for Defendant Joseph Nubla

Date: June 28, 2021                                  /s/
                                                     JOSHUA HILL, JR.
                                                     CHRISTINA Y. WONG
                                                     Counsel for Defendant Joseph Nubla

Date: June 28, 2021                                  /s/
                                                     CYNTHIA STIER
                                                     Assistant United States Attorney


SO ORDERED:
  Dated: 6/28/2021                                   HON. RICHARD SEEBORG
                                                     Chief, United States District Judge