JOSHUA HILL, JR. (SBN 250842)
jhill@paulweiss.com
WALTER F. BROWN (SBN 130248)
wbrown@paulweiss.com
R. ROSIE VAIL (SBN 317977)
rvail@paulweiss.com
PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
943 Steiner Street
San Francisco, CA  94117
Telephone: (628) 432-5123
Facsimile:  (628) 232 3090

*Attorneys for Defendant
JOSEPH NUBLA*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>JOSEPH NUBLA and HENRY KU,<br><br>　　　　　Defendants. | Case No. 3:21-cr-00139-RS<br><br>**STIPULATION TO RESCHEDULE STATUS CONFERENCE FROM SEPTEMBER 28, 2021 TO NOVEMBER 9, 2021 AND TO EXCLUDE TIME AND ORDER** |

   It is hereby stipulated by and between counsel for the United States and counsel for Defendants, Joseph Nubla and Henry Ku, that the status conference currently scheduled for September 28, 2021, be continued to November 9, 2021, and that time be excluded under the Speedy Trial Act from September 28, 2021, to November 9, 2021.

   At the status conference held on May 11, 2021, the government and counsel for defendants agreed that time be excluded under the Speedy Trial Act so that defense counsel could continue to prepare, including by reviewing the discovery already produced, and for the government to produce additional discovery review by defense counsel.  On June 24, 2021, the United States requested and this Court granted additional time to provide the additional discovery which required review by a taint attorney.  The United States is requesting further additional time because that review is still ongoing.  Counsel for defendants are in agreement

with this request for a continuance and the parties therefore request that this Court continue the status conference currently scheduled for September 28, 2021, to November 9, 2021.

    For the reasons stated above, the parties stipulate and agree that excluding time from September 28, 2021, to November 9, 2021, will allow for the effective preparation of counsel. *See* 18 U.S.C. § 3161(h)(7)(B)(iv).  The parties further stipulate and agree that the ends of justice served by excluding the time from September 28, 2021, to November 9, 2021, from computation under the Speedy Trial Act outweigh the best interests of the public and the defendants in a speedy trial.  18 U.S.C. § 3161(h)(7)(A), (B)(iv).

    The undersigned defense counsel certifies that he has obtained approval from the Assistant United States Attorney to file this stipulation and proposed order.

Dated:  September 24, 2021            PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

By:  */s/ Joshua Hill*
Joshua Hill, Jr. (SBN 250842)
943 Steiner Street
San Francisco, CA  94117
Telephone: (628) 432-5123
Facsimile:  (628) 232 3090
Email:  jhill@paulweiss.com

*Attorney for Defendant
Joseph Nubla*

Dated:  September 24, 2021

By:  */s/ Cynthia Stier*
CYNTHIA STIER
Assistant United States Attorney

Dated:  September 24, 2021

By:  */s/ Randy Sue Pollock*
RANDY SUE POLLOCK
Counsel for Defendant Henry Ku

**ORDER**

Based upon the facts set forth in the stipulation of the parties it is HEREBY ORDERED that the status conference scheduled for September 28, 2021, at 2:30 p.m. is rescheduled to November 9, 2021, by telephone or videoconference. IT IS FURTHER ORDERED, for good cause shown, and this Court finds, that failing to exclude the time from September 28, 2021, to November 9, 2021, would unreasonably deny defense counsel and the defendants the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv). The Court further finds that the ends of justice served by excluding the time from September 28, 2021, to November 9, 2021, from computation under the Speedy Trial Act outweigh the best interests of the public and the defendants in a speedy trial. Therefore, and with the consent of the parties, IT IS HEREBY ORDERED that the time from September 28, 2021, to November 9, 2021, shall be excluded from computation under the Speedy Trial Act. 18 U.S.C. § 3161(h)(7)(A), (B)(iv).

IT IS SO ORDERED.

DATED: September 24, 2021

RICHARD SEEBORG
Chief United States District Judge